| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034668-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
INTERNATIONAL BROTHERHOOD vs. SAFEWAY STORES, INC.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C-08-02536 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE, PETITION TO CONFIRM ARBITRATION AWARDS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CIVIL COVER SHEET, WELCOME TO THE U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT, CONSENT TO PROCEED, DECLINATION TO PROCEED, ECF REGISTRATION INFORMATION

      Name: SAFEWAY STORES, INC.

Person Served: PAMELA CAPUCHINO
      Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: May 20, 2008   HDATE:
Time of Delivery: 01:40 pm

Place of Service: 5918 STONERIDGE MALL ROAD
                PLEASANTON, CA 94588      **(Business)**

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 271.30

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034668-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: May 22, 2008
at: San Francisco, California.

Signature:
Name: TODD C. BRENNECK
Title: Employee

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

International Brotherhood of Teamsters
Local 439

E-filing

**SUMMONS IN A CIVIL CASE**

V.

Safeway Stores, Inc.

CASE NUMBER: **C08-02536**

JL

ADR

TO: (Name and address of defendant)
Safeway Stores, Inc.
Corporate Headquarters
5918 Stoneridge Mall Road
Pleasanton, CA 94588-3229

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. Rosenfeld, (058163)
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2 0 2008

Richard W. Wieking
CLERK

DATE

JESSIE MOSLEY

(BY) DEPUTY CLERK

NDCAO440