1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5

6  Attorneys for Petitioner

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  INTERNATIONAL BROTHERHOOD OF        ) No.    C08-02536-JL-ADR
    TEAMSTERS, LOCAL 439,               )
12                                      ) **NOTICE OF PENDENCY OF OTHER**
                Petitioner,             ) **ACTION OR PROCEEDING**
13                                      )
         v.                             )
14                                      )
    SAFEWAY, INC.,                      )
15                                      )
                Respondent.             )
16  _____ )

17        1.       Pursuant to L.R. 3-13 of the United States District Court for the Northern District of

18  California, Petitioner International Brotherhood of Teamsters, Local 439, hereby submits this

19  Notice of Pendency of Other Actions or Proceedings.

20        2.       On May 21, 2008 Respondent Safeway, Inc. filed a "Notice of Motion and Motion

21  for a Speedy Hearing on the Claims Set Forth in Plaintiff's Complaint; Memorandum of Points and

22  Authorities" and a "Complaint for Speedy Declaratory Relief, An Order Compelling Arbitration,

23  and Damages",  case number 2:08-cv-01136-JAM-JFM, in the United States District Court,

24  Eastern District of California.

25        3.       The action pending in the Eastern District involves the same incident and

26  interpretation of the same contract language as the petition herein.

27        4.       Transfer of the pending action in the Eastern District should be effected pursuant to

28  28 U.S.C. § 1407.  Both matters should be heard in the Northern District.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1

2

Dated: June 24, 2008

3

4

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

5

6

By:  /s/ David A. Rosenfeld
     DAVID A. ROSENFELD
     Attorneys for Plaintiff

7   118972/497458

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -