1  DAVID A. ROSENFELD, Bar No. 058163
   CAREN P. SENCER, Bar No. 233488
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023

6  Attorneys for Petitioner

8                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA

11 INTERNATIONAL BROTHERHOOD OF    )  No.  C08-02536-JL-ADR
   TEAMSTERS, LOCAL 439,           )
12                                 )  STIPULATION AND ORDER FOR
            Petitioner,             )  DISMISSAL
13                                 )
        v.                          )
14                                 )
   SAFEWAY, INC.,                   )
15                                 )
            Respondent.             )
16 _____)

       It is hereby stipulated by and between the parties through their counsel this may be
dismissed without prejudice. Each side will bear its own cost and fees.

Dated: July 18, 2008

                    WEINBERG, ROGER & ROSENFELD
                    A Professional Corporation

                    By: _____
                        DAVID A. ROSENFELD,
                        Attorneys for Petitioner

Dated: July 14, 2008

                    SEYFARTH SHAW LLP

                    By: _____
                        CHRISTIAN J. ROWLEY
                        Attorneys for Respondent

Stipulation and Order for Dismissal (Case No. C08-02536)